```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3136 |
| v. | ) | |
| | ) | |
| ZACHARY HRASKY, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

Upon the filing of plaintiff's interlocutory appeal,

IT IS ORDERED,

This matter is removed from the trial calendar until further order, pending a ruling by the Court of Appeals.

DATED this 20th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge