IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3136 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ZACHARY HRASKY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the mandate of the Court of Appeals,

IT IS ORDERED that this matter is referred to Magistrate Judge Piester for further progression, as appropriate.

October 4, 2006.                              BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge