IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3136 |
| | ) | |
| v. | ) | |
| | ) | |
| ZACHARY HRASKY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Pursuant to the mandate of the Court of Appeals, this case has been remanded for trial. Although the chambers of the undersigned has been advised that the defendant intends to file a petition for writ of certiorari, that petition has not yet been filed, and this court has not been advised that the Eighth Circuit's mandate has been stayed pursuant to Rule 41(d)(2) of the Federal Rules of Appellate Procedure.

    IT THEREFORE HEREBY IS ORDERED: Trial is set for 9:00 a.m. on November 20, 2006 for a duration of three trial days before the Honorable Richard G. Kopf. Jury selection will be at the commencement of trial.

    DATED this 19th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge