```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3136 |
| v. | ) | |
| | ) | |
| ZACHARY HRASKY, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's unopposed motion to continue trial, filing 69, is granted, and

1. Trial of this matter is continued to 9:00 a.m., June 4, 2007 for a duration of three trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. The additional time arising as a result of the granting of the motion, the time between February 21, 2007 and June 4, 2007, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the motion to suppress remains pending until the Supreme Court either rules on it or denies certiorari. 18 U.S.C. § 3161(h)(1)(F).

DATED February 21, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge