IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3136 |
| | ) | |
| v. | ) | |
| | ) | |
| ZACHARY HRASKY, | ) | |
| | ) | |
| Defendant. | ) | MEMORANDUM AND ORDER |
| | ) | |

A hearing was held before me March 9, 2007 on allegations made in the petition for action on conditions of pretrial release. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of the petition are true.

Regarding disposition, the government requested that the defendant be required to reside in a halfway house in order to have suitable supervision. Defendant requested he remain in his present residence and increase his participation in treatment. In view of the defendant's prior history, I think the halfway house option is more appropriate, accompanied by an educational program and increased participation in treatment, all with the aim of giving defendant tools to manage his life without supervision. Accordingly,

IT THEREFORE HEREBY IS ORDERED: The previous order, as amended, releasing the defendant on conditions is further amended as follows:

   1. The defendant shall, as soon as practicable but in any event on or before March 31, 2007, reside at a halfway house as directed by the pretrial services officer, and shall abide by all of its rules and requirements.

   2. The defendant shall maintain full-time, verifiable employment, or if it is necessary that he relocate to another town, obtain such employment within ten days of his change in residence.

   3.   The defendant shall, at his own expense, enroll and
   participate fully in an educational program for obtaining a
   General Equivalency Diploma, and in addition, shall
   successfully complete a class in parenting skills.

   4.   The defendant shall increase his participation in relapse
   prevention treatment and AA/NA meetings as directed by the
   pretrial services officer.


DATED March 9, 2007
                              BY THE COURT:

                                 s/ *David L. Piester*
                              United States Magistrate Judge