IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:04CR3136 |
| V. | ) | |
| ZACHARY HRASKY, | ) | ORDER |
| Defendant. | ) | |

Citing exhaustion of his economic resources by this on-going litigation, the defendant has filed a motion for an order appointing his retained counsel, Korey Reiman, as defendant's appointed counsel. Filing 77. I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT THEREFORE HEREBY IS ORDERED:

1. Defendant's request for appointment of counsel, filing 77, is granted, and Korey Reiman is appointed as counsel for the defendant.

2. This appointment is deemed effective beginning on May 17, 2007, the day defendant's motion for appointment of counsel was filed.

DATED this 22nd day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge