IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ZACHARY HRASKY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to modify conditions of release (filing 109) is denied.

October 12, 2007.          BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge