IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3136 |
| | ) | |
| V. | ) | |
| | ) | |
| ZACHARY HRASKY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government shall have until on or before May 11, 2009 to file a response to the defendant's motion for release pending appeal (filing 118).

DATED this 30th day of April, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge