IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3136 |
| | ) | |
| V. | ) | |
| | ) | |
| ZACHARY HRASKY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the request of defense counsel, and with the agreement of government's counsel,

IT IS ORDERED that a hearing concerning the defendant's conditions of release is set on Tuesday, May 19, 2009, at 1:30 p.m., before the undersigned United States district judge, in Courtroom No. 4, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for the hearing.

DATED this 14th day of May, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge