IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 4:04CR3136 |
| v. | ) ) | |
| ZACHARY HRASKY, | ) | **MEMORANDUM AND ORDER** |
| Defendant. | ) ) ) | |

The defendant remains a convicted person although I have released him from prison pending appeal. After considering the views of the parties and their counsel at a hearing today,

IT IS ORDERED that:

1. The defendant is ordered to abide by the conditions of supervised release set out in the judgment (filing 97) with the exception that special condition number 2 is stricken. General condition number 7 and all the other conditions, both general and special, remain unmodified.

2. In approximately 120 days, the supervising probation officer shall send a letter to me with copies to counsel stating whether any of the conditions of supervised release should be relaxed.

3. The defendant is reminded, again, that a violation of the conditions of supervised release while the judgment is still operative may result in the imposition of severe sanctions

      including imprisonment even though the judgment may later be set aside.

4.     The Clerk shall provide a copy of this memorandum and order to USPO Jeff Anthens and counsel of record.

DATED this 19th day of May, 2009.

                    BY THE COURT:

                    *s/Richard G. Kopf*
                    United States District Judge